# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 8, 2021

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 12/08/21

The change of plea conference scheduled for December 9, 2021 is hereby adjourned to Wednesday, December 15, 2021 at 4:15 p.m. The adjournment is necessary to permit defense counsel to be present for the change of plea conference. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between December 9, 2021 and December 15, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**By ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:   United States v. Martin Ruiz
       21 Cr. 695 (VSB)**

Dear Judge Broderick,

    We write to respectfully request that the Court reschedule the change-of-plea conference currently scheduled for tomorrow, December 9, 2021 at 3:30 p.m., to Wednesday, December 15, at 4:15 p.m. Undersigned counsel has a scheduling conflict with the currently scheduled date and time. I have consulted with the government by Assistant United States Attorney Kiersten Fletcher and Your Honors chambers and understand the alternative date and time works for all parties.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act. Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Ruiz

1