# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 6, 2022

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** **United States v. Martin Ruiz**
**21 Cr. 695 (VSB)**

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  02/08/2022
>
> The sentencing scheduled for March 15, 2022 is hereby adjourned to May 18, 2022 at 3:00 PM.

Dear Judge Broderick,

    I write to respectfully request that the Court adjourn the sentencing in the above-captioned case, which is currently scheduled for March 15, 2022, for approximately 60 days. We had some delays in setting up the Presentence Interview, so I conferred with Probation Officer Jill Jeffries and agreed that I would ask for this adjournment, so we have additional time to complete the Presentence Investigation process. I also spoke with the Government, by Assistant United States Attorney Kiersten Fletcher, who has no objection to this request.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Ruiz
212-417-8729


cc: Jill Jeffries, U.S. Probation
      Kiersten Fletcher, U.S. Attorney's Office